**SEALED**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>JOHN RAZO (2)<br><br>Defendant | ) ) Case No.  3:19-MJ- 844-BN<br>) )<br>) )<br>) ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* John Razo,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § (841(a)(1), (b)(1)(C)); and    Possession with the Intent to Distribute Controlled Substances

18 U.S.C. § 922(g)(1)    Felon in Possession of a Firearm

Date: 9/19/19

*Issuing officer's signature*

City and state: Dallas, Texas    DAVID L. HORAN, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 19 SEP 2019, and the person was arrested on *(date)* 18 SEP 2019
at *(city and state)* DALLAS, TX.

Date: 19 SEP 2019

*Arresting officer's signature*

ROSS WALKER   SPECIAL AGENT
*Printed name and title*

1494305 OLD

otd NEW /0980428